STATE of Missouri, Respondent,

v.

Charles D. DAVENPORT,
Defendant/Appellant.

and

Charles D. DAVENPORT,
Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. WD 39584.

Missouri Court of Appeals,
Western District.

March 27, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 29, 1990.

Charles D. Davenport, pro se, Jefferson City, for appellant.

William L. Webster, Atty. Gen., and Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and TURNAGE and KENNEDY, JJ.

ORDER

PER CURIAM.

Defendant appeals from conviction of first degree robbery and armed criminal action under sections 569.020 and 571.015, RSMo 1986. This appeal is consolidated with his appeal from denial, after evidentiary hearing, of Rule 29.15 motion for post-conviction relief.

The judgment of conviction is affirmed. Rule 30.25(b).

The denial of post-conviction relief is affirmed. Rule 84.16(b).